IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Colvin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-23-00131-TUC-JCH<br><br>**ORDER** |

　　　　Before the Court is Magistrate Judge Maria Aguilera's Report and Recommendation ("R&R"). Doc. 21. Judge Aguilera recommends affirming the decision of the Social Security Administration Commissioner. Doc. 21 at 1. Neither party objects to the R&R. *See generally* docket.

　　　　A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

　　　　After independent review, the Court finds no error and will adopt the R&R in full.

Accordingly,

**IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 21).

**IT IS FURTHER ORDERED AFFIRMING** the Commissioner's decision. The Clerk of the Court shall enter judgment accordingly and close this case.

Dated this 7th day of December, 2023.

John C. Hinderaker
United States District Judge